UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO: 22-42919-399 |
| | ) | CHAPTER 13 |
| William Martin, | ) | Hearing Date: 11/16/2022 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | Courtroom:  5 North |

<u>TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN</u>

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

1. Schedule D omits the secured debt to the St. Louis County Collector that is listed in plan paragraph 3.5(C).

2. The plan is not feasible in that:

a) It will not fully pay the $12,098 guarantee to non-priority unsecured creditors.

b) Based on presently filed claims and scheduled debts, the base of the plan is approximately $3,470 short of being feasible.


**WHEREFORE**, the Trustee prays that the Court deny confirmation of Debtor's Chapter 13 Plan; and for such other relief as this Honorable Court deems necessary and just under the circumstances.


Respectfully Submitted,

<u>/s/ Joseph M. Wilson</u>
Diana S. Daugherty
Chapter 13 Trustee
Joseph M. Wilson
FED#51849MO; MO#51849

Attorney For Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100
(314) 781-8881 (fax)
E-Mail: trust33@ch13stl.com


<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court on the _13th_ day of October, 2022, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on the _13th_ day of October, 2022:

William Martin
2349 Addie Ave.
St. Louis, MO 63114-5534

/s/ Joseph M. Wilson